## UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Aaron Deon Spruill                               Docket No. 5:13-CR-241-1BO

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Aaron Deon Spruill, who upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and § 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 10, 2014, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Aaron Deon Spruill was released from custody on February 5, 2016, at which time the term of supervised release commenced in the Northern District of Georgia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 27, 2017, a violation report was received from U.S. Probation Officer David C. Kelly advising that on January 18, 2017, Mr. Spruill submitted to a urinalysis screening that was determined to be positive for marijuana. Mr. Spruill signed an admission form indicating that he last used marijuana on December 2, 2017. USPO Kelly has requested that the conditions of supervised release be modified to include participation in a substance abuse treatment program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                /s/ Kristyn Super
Robert L. Thornton                    Kristyn Super
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      200 Williamsburg Pkwy, Unit 2
                                      Jacksonville, NC 28546-6762
                                      Phone: 910-346-5104
                                      Executed On: January 31, 2017

Aaron Deon Spruill
Docket No. 5:13-CR-241-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __1__ day of __Feb_____, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge